IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00781-RBJ-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$79,431.94 SEIZED FROM FIRSTBANK ACCOUNT # 2851234549;
$15,499.00 SEIZED FROM BANK OF THE WEST ACCOUNT # 032948018;
$23,452.00 SEIZED FROM US BANK ACCOUNT # 104773116595;
$11,818.01 SEIZED FROM US BANK ACCOUNT # 104757497672;
$71,769.41 SEIZED FROM COLORADO STATE BANK AND TRUST ACCOUNT # 8095460422;
$17,358.53 SEIZED FROM BANK OF THE WEST ACCOUNT # 031438663;
$747,019.00 IN UNITED STATES CURRENCY;
$70,000.00 IN UNITED STATES CURRENCY;
4 SILVER BARS;
$8,360.00 IN UNITED STATES CURRENCY;
$16,900.00 IN UNITED STATES CURRENCY;
$135,943.00 IN UNITED STATES CURRENCY;
7 PIECES OF ELECTRONIC EQUIPMENT;
2007 AUDI S6, VIN: WAUGN74F97N050235;
1999 FORD F350, VIN: 1FTSW31F4XEB55692;
2001 RENEGADE BOX TRAILER, VIN: 4PVES20251E010658;
2009 BOMBARDIER SKI DOO 860 SNOWMOBILE, VIN: 2BPSCZ9AX9V000338;
2007 TOYOTA PRIUS, VIN: JTDKB20U177571192;
2000 FORD EXCURSION XLT, VIN: 1FMSU41F6YEA92376;
2006 MIDDLEBURY BOX TRAILER, VIN: 5RABE25246M090407;
2007 FORD E350, VIN: 3FRML55Z77V576184;
2006 NISSAN PATHFINDER, VIN: 5N1AR18W56C650423;
1969 CHEVROLET CORVETTE, VIN: 194679S722410;
2006 LEXUS GX470, VIN: JTJBT20X760120442;
**1986 MERCEDES-BENZ 560SL, VIN: WDBBA48D9GA038558;**
2001 BMW 325i, VIN: WBAAV33451FU88671;
1994 TIOGA MONTANA RV, VIN: 1FDKE30G1RHC04549; and
2005 SILVER CREEK CAMPER TRAILER, VIN: 1B9TSBH175L656001,

       Defendants.

_____

### ORDER DISMISSING DEFENDANT
### 1986 MERCEDES-BENZ 560SL, VIN: WDBBA48D9GA038558

_____

THIS MATTER comes before the Court on the United States' Motion to Dismiss

Defendant 1986 MERCEDES-BENZ 560SL, VIN: WDBBA48D9GA038558 pursuant to

Federal Rule of Civil Procedure 41(a)(2) [ECF No. 31], and the Court having reviewed

said Motion FINDS:

THAT for good cause shown, the Motion to Dismiss is granted; and defendant

1986 MERCEDES-BENZ 560SL, VIN: WDBBA48D9GA038558 is dismissed without

prejudice from this action.

SO ORDERED this 22nd day of June, 2015.

BY THE COURT:

R. BROOKE JACKSON
U.S. District Court Judge