IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00781-RBJ-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$79,431.94 SEIZED FROM FIRSTBANK ACCOUNT # 2851234549;
$15,499.00 SEIZED FROM BANK OF THE WEST ACCOUNT # 032948018;
$23,452.00 SEIZED FROM US BANK ACCOUNT # 104773116595;
$11,818.01 SEIZED FROM US BANK ACCOUNT # 104757497672;
$71,769.41 SEIZED FROM COLORADO STATE BANK AND TRUST ACCOUNT # 8095460422;
**$17,358.53 SEIZED FROM BANK OF THE WEST ACCOUNT # 031438663;**
$747,019.00 IN UNITED STATES CURRENCY;
$70,000.00 IN UNITED STATES CURRENCY;
**4 SILVER BARS;**
**$8,360.00 IN UNITED STATES CURRENCY;**
**$16,900.00 IN UNITED STATES CURRENCY;**
$135,943.00 IN UNITED STATES CURRENCY;
7 PIECES OF ELECTRONIC EQUIPMENT;
2007 AUDI S6, VIN: WAUGN74F97N050235;
1999 FORD F350, VIN: 1FTSW31F4XEB55692;
2001 RENEGADE BOX TRAILER, VIN: 4PVES20251E010658;
2009 BOMBARDIER SKI DOO 860 SNOWMOBILE, VIN: 2BPSCZ9AX9V000338;
2007 TOYOTA PRIUS, VIN: JTDKB20U177571192;
2000 FORD EXCURSION XLT, VIN: 1FMSU41F6YEA92376;
**2006 MIDDLEBURY BOX TRAILER, VIN: 5RABE25246M090407;**
2007 FORD E350, VIN: 3FRML55Z77V576184;
**2006 NISSAN PATHFINDER, VIN: 5N1AR18W56C650423;**
**1969 CHEVROLET CORVETTE, VIN: 194679S722410;**
**2006 LEXUS GX470, VIN: JTJBT20X760120442;**
**2001 BMW 325i, VIN: WBAAV33451FU88671;**
**1994 TIOGA MONTANA RV, VIN: 1FDKE30G1RHC04549; and**
**2005 SILVER CREEK CAMPER TRAILER, VIN: 1B9TSBH175L656001,**

    Defendants.

### DEFAULT AND FINAL ORDER OF FORFEITURE AS TO CERTAIN DEFENDANTS

THIS MATTER comes before the Court on the United States' Motion for Default and Final Order of Forfeiture [ECF No. 41] as to the defendants, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 18 U.S.C. § 981(a)(1)(C);

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT after proper notice, no known potential claimants, nor any other third party, has filed a Claim or Answer as to the defendants as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT Entry of Default was entered by the Clerk of the Court on September 18, 2015.  (Doc. 40).

THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of the defendants, and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.  It further appears that there is cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C);

THAT the facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis by a preponderance of the evidence for a final Judgment and Order of Forfeiture as to the defendants;

THAT the Clerk of Court shall be directed to enter Judgment as to the following defendants:

    a.    $17,358.53 SEIZED FROM BANK OF THE WEST ACCOUNT # 031438663;

    b.    4 SILVER BARS;

    c.    $8,360.00 IN UNITED STATES CURRENCY;

    d.    $16,900.00 IN UNITED STATES CURRENCY;

    e.    2006 MIDDLEBURY BOX TRAILER, VIN: 5RABE25246M090407;

    f.    2006 NISSAN PATHFINDER, VIN: 5N1AR18W56C650423;

    g.    1969 CHEVROLET CORVETTE, VIN: 194679S722410;

    h.    2006 LEXUS GX470, VIN: JTJBT20X760120442;

    i.    2001 BMW 325i, VIN: WBAAV33451FU88671;

    j.    1994 TIOGA MONTANA RV, VIN: 1FDKE30G1RHC04549; and

    k.    2005 SILVER CREEK CAMPER TRAILER, VIN: 1B9TSBH175L656001.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT default and forfeiture, including all right, title, and interest is hereby entered in favor of the United States pursuant to 18 U.S.C. § 981(a)(1)(C) of the following defendants:

  a. $17,358.53 SEIZED FROM BANK OF THE WEST ACCOUNT # 031438663;

  b. 4 SILVER BARS;

  c. $8,360.00 IN UNITED STATES CURRENCY;

  d. $16,900.00 IN UNITED STATES CURRENCY;

  e. 2006 MIDDLEBURY BOX TRAILER, VIN: 5RABE25246M090407;

  f. 2006 NISSAN PATHFINDER, VIN: 5N1AR18W56C650423;

  g. 1969 CHEVROLET CORVETTE, VIN: 194679S722410;

  h. 2006 LEXUS GX470, VIN: JTJBT20X760120442;

  i. 2001 BMW 325i, VIN: WBAAV33451FU88671;

  j. 1994 TIOGA MONTANA RV, VIN: 1FDKE30G1RHC04549; and

  k. 2005 SILVER CREEK CAMPER TRAILER, VIN: 1B9TSBH175L656001;

THAT the United States shall have full and legal title as to the defendants and may dispose of said properties in accordance with law;

THAT this Default and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to the defendants under 28 U.S.C. § 2465; and

THAT the Clerk of Court is directed to enter Judgment as to:

  a. $17,358.53 SEIZED FROM BANK OF THE WEST ACCOUNT # 031438663;

  b. 4 SILVER BARS;

  c. $8,360.00 IN UNITED STATES CURRENCY;

    d.    $16,900.00 IN UNITED STATES CURRENCY;

    e.    2006 MIDDLEBURY BOX TRAILER, VIN: 5RABE25246M090407;

    f.    2006 NISSAN PATHFINDER, VIN: 5N1AR18W56C650423;

    g.    1969 CHEVROLET CORVETTE, VIN: 194679S722410;

    h.    2006 LEXUS GX470, VIN: JTJBT20X760120442;

    i.    2001 BMW 325i, VIN: WBAAV33451FU88671;

    j.    1994 TIOGA MONTANA RV, VIN: 1FDKE30G1RHC04549; and

    k.    2005 SILVER CREEK CAMPER TRAILER, VIN: 1B9TSBH175L656001.

SO ORDERED this 22nd day of September, 2015.

BY THE COURT:

_____
R. BROOKE JACKSON
United States District Court Judge