IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00781-RBJ-KLM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$79,431.94 SEIZED FROM FIRSTBANK ACCOUNT # 2851234549;
$15,499.00 SEIZED FROM BANK OF THE WEST ACCOUNT # 032948018;
$23,452.00 SEIZED FROM US BANK ACCOUNT # 104773116595;
$11,818.01 SEIZED FROM US BANK ACCOUNT # 104757497672;
$71,769.41 SEIZED FROM COLORADO STATE BANK AND TRUST ACCOUNT #
8095460422;
$747,019.00 IN UNITED STATES CURRENCY;
$70,000.00 IN UNITED STATES CURRENCY;
$135,943.00 IN UNITED STATES CURRENCY;
7 PIECES OF ELECTRONIC EQUIPMENT;
2007 AUDI S6, VIN: WAUGN74F97N050235;
1999 FORD F350, VIN: 1FTSW31F4XEB55692;
2001 RENEGADE BOX TRAILER, VIN: 4PVES20251E010658;
2009 BOMBARDIER SKI DOO 860 SNOWMOBILE, VIN: 2BPSCZ9AX9V000338;
**2007 TOYOTA PRIUS, VIN: JTDKB20U177571192;**
2000 FORD EXCURSION XLT, VIN: 1FMSU41F6YEA92376;
2007 FORD E350, VIN: 3FRML55Z77V576184;

      Defendants.
_____

**ORDER DISMISSING DEFENDANT
2007 TOYOTA PRIUS, VIN: JTDKB20U177571192**
_____

THIS MATTER comes before the Court on the United States' Motion to Dismiss

Defendant 2007 Toyota Prius, VIN: JTDKB20U177571192 [ECF No. 47] pursuant to

Federal Rule of Civil Procedure 41(a)(2), and the Court having reviewed said Motion

FINDS:

THAT for good cause shown, the Motion to Dismiss is granted; and defendant 2007 Toyota Prius, VIN: JTDKB20U177571192 is dismissed without prejudice from this action.

SO ORDERED this 17th day of November, 2015.

BY THE COURT:

_____
R. BROOKE JACKSON
U.S. District Court Judge